**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CARLA MCEWEN, Debtor, | Case No.: 26-cv-02710-DMS-JAC |
| CARLA MCEWEN, Appellant, v. SHOOT FOR THE MOON SALES CONSULTANTS, LLC DBP et al., Appellees. | Bankruptcy No.: 25-03821-JBM13<br>**ORDER RESOLVING APPELLANT'S REQUESTS** |

On August 7, 2026, Appellant Carla McEwen, proceeding *pro se*, filed a letter to the Clerk of Court making two requests. (ECF No. 15). Appellant requests that the Clerk search the Court's indexes, records, calendars, and dockets for her name, the property, her case numbers, a specific email address, and the name "Jodi Lee." (*Id.* at 1–2). Although Appellant invokes the common-law right to inspect and copy judicial records, that right does not oblige the Clerk to conduct research on a litigant's behalf. (*Id.* at 2 (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)); *see Citizens for Quality Educ. S.D. v. Barrera*, 333 F. Supp. 3d 1003, 1031 n.20 (S.D. Cal. 2018) ("It is not the court's duty to do a litigant's legal research." (citation modified)). The Court's records are available to Appellant through PACER or the public terminals in the Clerk's Office. Accordingly, this request is denied. Appellant additionally requests that her email address of record be corrected. This request is granted and the Clerk of Court is **DIRECTED** to correct

Appellant's email address on file to mcewencarla@proton.me.

**IT IS SO ORDERED.**

Dated: August 24, 2026

Hon. Dana M. Sabraw
United States District Judge